UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 15-41293-659 |
| ) | Chapter 13 - Mtn. 40 |
| Crystal Clark ) | |
|     Debtor(s) ) | **DEBTOR(S) MOTION TO** |
| ) | **SELL REAL ESTATE** |
| ) | |
|     Movant. ) | |
| ) | |
| JOHN V. LABARGE, JR., Trustee ) | |
|     Respondent. ) | |

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the Debtor(s) Motion to Sell Real Estate was served on John V. LaBarge, Jr., Standing Chapter 13 Trustee, and all parties in interest more than 21-days prior to this date and no Objection has been received, or such objections have been resolved.

08/10/16
Date

/s/ Sean C. Paul
Sean C. Paul, 59371MO
8917 Gravois Rd.
St. Louis MO 63123
314-827-4027
314-222-0619
scp@stlbankruptcyfirm.com

## **ORDER**

Upon Debtor's Motion and the record as a whole, no objection having been filed or such objections having been withdrawn or overruled, for good cause shown,

IT IS ORDERED that the Debtor's Motion to Sell the real estate at 1127 Boxton Dr, St. Louis MO 63137 is GRANTED.  It is further ordered that the Debtor may pay the real estate agent, liens on the real estate, and other costs out of the proceeds of the sale.  In the event that the sale results in net proceeds for the Debtor, those funds will be sent in to the Chapter 13 Trustee.

_KATHY A. SURRATT-STATES_
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED:  August 22, 2016
St. Louis, Missouri
rjb

Copies to:

Crystal Clark
1127 Boxton Dr
St. Louis MO 63137

Sean C. Paul, Attorney for Debtor
8917 Gravois Rd
St. Louis MO 63123

John V. LaBarage, Chapter 13 Trustee
PO Box 430908
St. Louis MO 63143

Order Prepared by Debtor's Attorney